IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN A. SCATCHELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| VILLAGE OF MELROSE PARK, ILLINOIS, an Illinois Municipal Corporation, MELROSE PARK BOARD OF FIRE AND POLICE COMMISSIONERS, RONALD SERPICO, SAM PITASSI, MICHAEL CASTELLAN, PETER CAIRA, | ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

Case No.

**JOINT NOTICE OF REMOVAL**

NOW COME Defendants, RONALD SERPICO, by and through his attorney, K. Austin Zimmer of Del Galdo Law Group, LLC; MELROSE PARK BOARD OF FIRE AND POLICE COMMISSIONERS, by and through its attorney, Patrick H. O'Connor of Hartigan & O'Connor, P.C.; VILLAGE OF MELROSE PARK, by and through its attorney, Jeffrey S. Fowler of Laner Muchin; and SAM PITASSI, MICHAEL CASTELLAN, and PETER CAIRA, by and through their attorney, Michael D. Bersani of Hervas, Condon & Bersani, P.C., and hereby present this Joint Notice of Removal, requesting the removal of this case, originally filed in the Circuit Court of Cook County, Illinois, County Department, Law Division, to the United States District Court for the Northern District of Illinois, Eastern Division, pursuant to 28 U.S.C. §§ 1441, 1443, and 1446, and in support state:

1. On January 24, 2020, Plaintiff filed this cause of action in the Circuit of Cook County, Illinois, as case No. 2020 L 001001. ***See* Plaintiff's Complaint and Summons, attached hereto pursuant to 28 U.S.C. § 1446 (a) as Ex. 1.**

2. Defendants received notice of the Complaint and Summons, **Ex. 1**, on or about January 24, 2020.

3. All of the Defendants named in this lawsuit consent to the removal of this matter to the United States District Court for the Northern District of Illinois, Eastern Division, and file this motion jointly.

4. The Complaint and Summons filed on January 24, 2020, and which Defendants received notice of on or about January 24, 2020, are the initial pleadings in the State court case.

5. This Notice is being timely filed within thirty (30) days of Defendants first receiving the initial pleadings.

6. **Count I** of the Complaint is a *Monell* claim against the Village of Melrose Park (the "Village") pursuant to 42 U.S.C. § 1983 ("§ 1983"); **Count II** is a § 1983 claim and alleges violations of the Fourteenth Amendment against the individual Defendants; **Count III** is a Title VII claim, 42 U.S.C. 2000e, et seq., against the Village based on alleged discrimination; **Count IV** is asserted against the Village and alleges deprivation of rights under COBRA, 29 U.S.C. §§ 1161-68; **Count VI** is alleged against the Village and Defendant Caira and is based upon alleged violations of the Driver's Privacy Protection Act, 18 U.S.C. § 2722(a) and (b). (**Ex. 1**).

7. This Court has original jurisdiction over Counts I, II, III, IV, and VI of the Complaint pursuant to 28 U.S.C. §§ 1331 and 1343; accordingly, this cause of action may be removed to this Court by Defendants pursuant to 28 U.S.C. §§ 1441, 1443, and 1446.

Respectfully submitted,
RONALD SERPICO

By: /s/ *K. Austin Zimmer*

K. Austin Zimmer (#6276227)
Del Galdo Law Group, LLC
*Attorneys for Ronald Serpico*
1441 South Harlem Avenue
Berwyn, Illinois 60402
T: (708) 222-7000 / F: (708) 222-7001
zimmer@dlglawgroup.com

Respectfully submitted,
MELROSE PARK BOARD OF FIRE AND POLICE COMMISSIONERS

By: /s/ *Patrick H. O'Connor**

Patrick H. O'Connor
Hartigan & O'Connor, P.C.
*Attorneys for Board of Fire and Police Commissioners of Melrose Park, Michael Caputo, Mark Rauzi and Pasquale Esposito*
53 West Jackson Blvd., Ste. 460
Chicago, Illinois 60604
T: (312) 235-8880
patoconnor@hartiganlaw.com
*with permission

Respectfully submitted,
VILLAGE OF MELROSE PARK

By: /s/ *Jeffrey S. Fowler**

Jeffrey S. Fowler
Laner Muchin
*Attorneys for Village of Melrose Park and Richard Beltrame*
515 North State Street, Suite 2800
Chicago, Illinois 60654
T: (312) 467-9800 / F: (312) 467-9479
jfowler@lanermuchin.com
*with permission

Respectfully submitted,
SAM PITASSI, MICHAEL CASTELLAN, and PETER CAIRA

By: /s/ *Michael D. Bersani**

Michael D. Bersani
Hervas, Condon & Bersani, P.C.
333 W. Pierce Road, Suite 195
Itasca, IL 60143
Main: 630-773-4774
Fax: 630-773-4851
mbersani@hcbattorneys.com
*with permission

3