## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: John A. Scatchell, Plaintiff vs. Village of Melrose Park, et al, Defendants.

Case Number: 20-CV-01045

An appearance is hereby filed by the undersigned as attorney for:
Defendant, Ronald Serpico

Attorney name (type or print): K. Austin Zimmer

Firm: Del Galdo Law Group, LLC.

Street address: 1441 S. Harlem Ave.

City/State/Zip: Berwyn, IL 60402

Bar ID Number: 6276227
(See item 3 in instructions)

Telephone Number: 708-222-7000

Email Address: zimmer@dlglawgroup.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 02/12/2020

Attorney signature: S/ K. Austin Zimmer
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015