U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| John A, Scatchell, | ) |
| | ) |
| Plaintiff. | ) |
| | ) |
| vs. | ) 2020 cv 01045 |
| | ) |
| Village of Melrose Park, Melrose Park Board of Fire and Police Commissioners, Ronald Serpico, Sam Pitassi, Michael Castellan and Peter Caira, | ) Honorable Joan H. Lefkow |
| | ) |
| | ) Magistrate Judge Sidney I. Schenkier |
| | ) |
| Defendants. | ) |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants –

Attorney name (type or print):  Jeffrey S. Fowler.

Firm:                  Laner Muchin, Ltd.

Street address:        515 N. State Street, Suite 2800

City/State/Zip:        Chicago, IL 60654

Bar ID Number:    06205689          Telephone Number:    312-467-9800
(See item 3 in instructions)

Email Address: jfowler@lanermuchin.com

| | | | |
|---|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☒ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.    ☐ Retained Counsel
                                                 ☐ Appointed Counsel

If appointed counsel, are you a
                                                 ☐ Federal Defender

☐  CJA Panel Attorney
_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 13, 2020

Attorney signature:  s:/ Jeffrey S. Fowler

## CERTIFICATE OF SERVICE

Jeffrey S. Fowler an attorney, hereby certifies that he caused the above attached Appearance, to be filed via Electronic Filing with the Clerk of court and to the parties of record listed below on this 13th day of February, 2020 addressed to:

**Via ECF:**

K. Austin Zimmer
Joseph Anthony Giambrone
Del Galdo Law Group, LLC
1441 South Harlem Avenue
Berwyn, IL 60402
(708) 222-7000
Email: zimmer@dlglawgroup.com
giambrone@dlglawgroup.com

**Via Email and by depositing in the U.S. mail located at 515 N. State Street, Chicago, Illinois 60654 before 5:00 p.m. to:**

Gianna Scatchell
360 W. Hubbard Street, Suite 1404
Chicago, Illinois 60654
gia@lawfirms.gs

Cass T. Casper
Talon Law
105 W. Madison Street, Suite 1350
Chicago, Illinois 60602
ctc@talonlaw.com

/s/Jeffrey S. Fowler
Jeffrey S. Fowler