# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: John A. Scatchell vs. Village of Melrose Park. et al.

Case Number: 20 CV 01045

An appearance is hereby filed by the undersigned as attorney for:
Melrose Park Board of Fire and Police Commissioners, Defendant

Attorney name (type or print): Patrick H. O'Connor

Firm: Hartigan & O'Connor P.C.

Street address: 53 West Jackson Blvd., Suite 460

City/State/Zip: Chicago, IL 60604

Bar ID Number: 06207351
(See item 3 in instructions)

Telephone Number: 312/235-8880

Email Address: patoconnor@hartiganlaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ | ☐ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 13, 2020

Attorney signature: S/ Patrick H. O'Connor
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015