**United States District Court**
**Northern District of Illinois**

In the Matter of

John A. Scatchell

v.

Village of Melrose Park, et al.

District Judge Gary Feinerman

Case No. 20-CV-1045

Designated Magistrate Judge
Sidney I. Schenkier

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
### FOR A REASSIGNMENT

I recommend to the Executive Committee that the above captioned case be reassigned by lot to another judge of this Court. The reasons for my recommendation are indicated on the reverse of this form.

_____

**Judge Joan Humphrey Lefkow**

Date: Thursday, February 13, 2020

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned by lot to the calendar of an individual judge of this Court in accordance with the Rules.

**ENTER**

**FOR THE EXECUTIVE COMMITTEE**

_____

**Chief Judge Rebecca R. Pallmeyer**

Dated: Thursday, February 13, 2020

District Reassignment - By Lot

- 28:294(b) I transfer this case to the Executive Committee for reassignment to another judge pursuant to the provisions of 28 USC 294(b). The receiving judge will receive equalization credit.

............................................................................................................................................................................................................................................................................................................................................

EXCEPTIONS OR ADDITIONS:

District Reassignment - By Lot