## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: JOHN A SCATCHELL v. VILLAGE OF MELROSE PARK, et al.

Case Number: 20 CV 1045

An appearance is hereby filed by the undersigned as attorney for:
SAM C. PITASSI, MICHAEL CASTELLAN AND PETER CAIRA

Attorney name (type or print): Michael D. Bersani

Firm: Hervas, Condon & Bersani, P.C.

Street address: 333 Pierce Road, Suite 195

City/State/Zip: Itasca, IL 60143

Bar ID Number: 06200897
(See item 3 in instructions)

Telephone Number: (630) 773-4774

Email Address: mbersani@hcbattorneys.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☒ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☒ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you a
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 02/17/2020

Attorney signature: S/ Michael D. Bersani
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN A. SCATCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 20 CV 1045 |
| | ) | |
| VILLAGE OF MELROSE PARK, an Illinois | ) | Honorable Gary Feinerman |
| Municipal Corporation, MELROSE PARK BD | ) | |
| OF FIRE AND POLICE COMM'N, RONALD | ) | |
| SERPICO, SAM PITASSI, MICHAEL | ) | |
| CASTELLAN, PETER CAIRA, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 17, 2020, I electronically filed the foregoing ***Appearance on behalf of Defendants Sam C. Pitassi, Michael Castellan and Peter Caira,*** with the Clerk of the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which will send notice to:

**TO:** Gianna Rochelle Scatchell, 360 West Hubbard Street, Suite 1404, Chicago, IL 60654
312-248-3303; gia@lawfirm.gs

Cass T. Casper, Esq., TALON LAW, LLC, 105 West Madison Street, Suite 1350
Chicago, Il 60602; ctc@talonlaw.com

Jeffrey Fowler, LANER MUCHIN, LTD., 515 N. State Street #2800, Chicago, Illinois 60654;
jfowler@lanemuchin.com

Patrick Halpin O'Connor, HARTIGAN & O'CONNOR, PC, 53 West Jackson Blvd., Suite 460,
Chicago, IL 60604; patoconnor@hartiganlaw.com

K. Austin Zimmer, DEL GALDO LAW GROUP, 141 South Harlem Avenue, Berwyn, IL
60402, 708-222-7000, zimmer@dlglawgroup.com

                                              **s/ Michael D. Bersani**
                                              Michael D. Bersani, Atty. Bar No. 06200897
                                              *Attorney for Defendants Pitassi, Castellan & Caira*
                                              HERVAS, CONDON & BERSANI, P.C.
                                              333 Pierce Road, Suite 195
                                              Itasca, Illinois 60143-3156
                                              Phone: 630-773-4774; Fax: 630-773-4851
                                              mbersani@hcbattorneys.com