# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

John A. Scatchell

                          Plaintiff,

v.                                                        Case No.: 1:20–cv–01045
                                                           Honorable Gary Feinerman

Villlage of Melrose Park, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 19, 2020:

      MINUTE entry before the Honorable Gary Feinerman:Defendants' motion to dismiss or in the alternative, stay this case [10] is denied without prejudice for failure to comply with Local Rule 5.3(b).Mailed notice,(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.