UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN A. SCATCHELL, ) | |
| ) | |
| Plaintiff, ) | Case No. 20-cv-01045 |
| ) | |
| v. ) | Honorable Gary Feinerman |
| ) | |
| VILLAGE OF MELROSE PARK, et. al, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

TO: ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that on Wednesday, February 26, 2020, at 9:00 a.m., we shall appear before the Honorable Judge Gary Feinerman, in Courtroom 2141, at 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendants' Motion to Dismiss, or in the Alternative, Stay, a copy of which is being served upon you.

Dated: February 19, 2020          VILLAGE OF MELROSE PARK

                                  By: ____/s Jeffrey S. Fowler____
                                       One of Its Attorneys

Jeffrey S. Fowler (6205689)
Laner Muchin, Ltd.
515 North State Street, Suite 2800
Chicago, Illinois 60654
(312) 467-9800
(312) 467-9479 (fax)

MAYOR RONALD SERPICO

By: ____s:/ K. Austin Zimmer_____
      One of Its Attorneys

K. Austin Zimmer
Del Galdo Law Group, LLC
1441 South Harlem Avenue
Berwyn, Illinois 60402

DIRECTOR OF POLICE SAM C. PITASSI, FORMER DEPUTY CHIEF OF POLICE MICHAEL CASTELLAN, and OFC. PETER CAIRA

By: Michael D. Bersani_____

Michael D. Bersani
Hervas, Condon & Bersani, P.C.
333 Pierce Road, Suite 195
Itasca, Illinois 60143-3156

VILLAGE OF MELROSE PARK BOARD OF FIRE AND POLICE COMMISSIONERS

By: ____s:/Patrick H. O'Connor_____
      One of Its Attorneys

Patrick H. O'Connor
Hartigan & O'Connor, P.C.
53 W. Jackson, Blvd., Suite 460
Chicago, Illinois 60604

**Certificate of Service**

I, the undersigned attorney, hereby certify that a copy of the foregoing Notice was served on this 19th day of February, 2020, through the functions of the Court's e-filing system, to:

> K. Austin Zimmer
> Del Galdo Law Group, LLC
> 1441 South Harlem Avenue
> Berwyn, Illinois 60402
> zimmer@dlglawgroup.com
>
> Patrick H. O'Connor
> Hartigan & O'Connor, P.C.
> 53 W. Jackson, Blvd., Suite 460
> Chicago, Illinois 60604
> 312/235-8880
> patoconnor@hartiganlaw.com
>
> Michael Bersani
> Hervas, Condon & Bersani, P.C.
> 333 W. Pierce Road, Suite 195
> Itasca, Illinois 60143-3156
> mbersani@hcbattorneys.com
>
> Gianna Scatchell
> Law Offices of Gianna Scatchell
> 360 West Hubbard Street, Suite 1404
> Chicago, Illinois 60654
> gia@lawfirm.gs
>
> Cass T. Casper
> Talon Law, LLC
> 105 West Madison Street, Suite 1350
> Chicago, Illinois 60603
> ctc@talonlaw.com

/s Jeffrey S. Fowler