## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JOHN A. SCATCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 20 CV 1045 |
| | ) | |
| VILLAGE OF MELROSE PARK, an Illinois Municipal Corporation, MELROSE PARK BD OF FIRE AND POLICE COMM'N, RONALD SERPICO, SAM PITASSI, MICHAEL CASTELLAN, PETER CAIRA, | ) ) ) ) ) | Honorable Gary Feinerman |
| | ) | |
| Defendants. | ) | |

## **JOINT STATUS REPORT**

NOW COME all parties, jointly through their counsel, and report on the status of the above-captioned matter pursuant to this Court's September 9, 2020 Minute Order (Dkt. 38) asking the parties to report on the status of state court proceedings.

All parties report that on August 18, 2020, the state court heard oral argument on Plaintiff's Complaint for Administrative Review and Plaintiff's Motion for Leave to File a Third Amended Complaint and took both motions under advisement for ruling on November 6, 2020. The parties therefore request that this Court continue the instant cause to a date beyond November 6, 2020, and strike the September 17, 2020 status date, in order to determine how proceedings continue to unfold in the state case.

Plaintiff continues to affirm that he will request leave to withdraw the instant Complaint with prejudice if the motion is granted in the state court.

Respectfully submitted,

| For Plaintiff: | For Defendant Village of Melrose Park, Illinois |
|---|---|
| */s/ Gianna Scatchell* <br> Gianna Scatchell, Esq. <br> Law Offices of Gianna Scatchell <br> 360 West Hubbard, #1404 <br> Chicago, Illinois 60654 | */s/ Jeffrey S. Fowler* <br> Jeffrey Fowler, Esq. <br> Laner Muchin, Ltd. <br> 515 North State Street, Suite 2800 <br> Chicago, Illinois 60654 |
| */s/ Cass T. Casper* <br> Cass T. Casper, Esq. <br> TALON LAW, LLC <br> 105 West Madison Street, Suite 1350 <br> Chicago, Illinois 60602 | **For Defendant Ronald Serpico:** <br><br> */s/ K. Austin Zimmer* <br> K. Austin Zimmer, Esq. <br> Del Galdo Law Group, LLC <br> 1441 South Harlem Avenue <br> Berwyn, Illinois 60402 |
| | **For Defendants Steven Rogowski, Michael Castellan, Sam Pitassi & Peter Caira:** <br><br> */s/ Michael D. Bersani* <br> Michael Bersani, Esq. <br> Hervas, Condon & Bersani, P.C. <br> 333 Pierce Road, Suite 195 <br> Itasca, Illinois 60143 |
| | **For Defendant Melrose Park Bd of Fire & Police Commissioners** <br><br> */s/ Patrick H. O'Connor* <br> Patrick H. O'Connor, Esq. <br> Hartigan & O'Connor P.C. <br> 53 W. Jackson Blvd., Ste. 460 <br> Chicago, IL  60604 |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN A. SCATCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 20 CV 1045 |
| | ) | |
| VILLAGE OF MELROSE PARK, an Illinois Municipal Corporation, MELROSE PARK BD OF FIRE AND POLICE COMM'N, RONALD SERPICO, SAM PITASSI, MICHAEL CASTELLAN, PETER CAIRA, | ) ) ) ) ) ) | Honorable Gary Feinerman |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2020, I electronically filed the foregoing ***Joint Status Report,*** with the Clerk of the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which will send notice to:

**TO:** Gianna Rochelle Scatchell, 360 West Hubbard Street, Suite 1404, Chicago, IL 60654 312-248-3303; gia@lawfirm.gs

Cass T. Casper, Esq., TALON LAW, LLC, 105 West Madison Street, Suite 1350 Chicago, Il 60602; ctc@talonlaw.com

Jeffrey Fowler, LANER MUCHIN, LTD., 515 N. State Street #2800, Chicago, Illinois 60654; jfowler@lanemuchin.com

Patrick Halpin O'Connor, HARTIGAN & O'CONNOR, PC, 53 West Jackson Blvd., Suite 460, Chicago, IL 60604; patoconnor@hartiganlaw.com

K. Austin Zimmer, DEL GALDO LAW GROUP, 141 South Harlem Avenue, Berwyn, IL 60402, 708-222-7000, zimmer@dlglawgroup.com

                                            **s/ Michael D. Bersani**
                                            Michael D. Bersani, Atty. Bar No. 06200897
                                            *Attorney for Defendants Pitassi, Castellan & Caira*
                                            HERVAS, CONDON & BERSANI, P.C.
                                            333 Pierce Road, Suite 195
                                            Itasca, Illinois 60143-3156
                                            Phone: 630-773-4774; Fax: 630-773-4851
                                            mbersani@hcbattorneys.com