# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JOHN SCATCHELL, JR., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2020-cv-01045 |
| | ) The Honorable Gary Feinerman |
| VILLAGE OF MELROSE PARK, *et al.*, | ) |
| Defendants. | ) |

## JOINT STATUS REPORT PURSUANT TO DKT. 61

NOW COME, all parties, jointly through their counsel, and report on the status of the above-captioned matter pursuant to this Court's July 26, 2021 minute order (Dkt. 61) regarding the status of state court proceedings.

1. On December 20, 2020, Plaintiff's counsel filed a Notice of Appeal with the Clerk of the Circuit Court of Cook County, Illinois, appealing, *inter alia*, the denial of Plaintiff's Petition for Administrative Review and the denial of his Motion for Leave to File an Amended Complaint in *Scatchell v Board of Fire & Police Commissioners for the Village of Melrose Park,* 18 CH 16150 (Ill. Cir. Ct. Cook Cnty). The appeal was docketed under 1-20-1361 in the Illinois Appellate Court, First District.

2. On June 4, 2021, this Court granted Defendants' motion to stay, and denied (without prejudice) their motion to dismiss pursuant to the Colorado River abstention doctrine pending the resolution of the state court proceedings in *Scatchell v. Board of Fire & Police Commissioners for the Village of Melrose Park, No*. 18 CH 16150 (Ill. Cir. Ct. Cook Cnty., Ill.)

3. On June 10, 2021, Plaintiff filed his Appellate Brief with the Clerk of Illinois Appellate Court, First District, in Docket 1-20-1361.

4. On July 21, 2021, the Defendants/Appellees filed their brief in 1-20-1361.

5. On August 24, 2021, Plaintiff/Appellant filed his reply brief in 1-20-1361.

6. The state appellate case is still pending.

    Respectfully submitted,

    By:    */s/ Gianna Scatchell*
    One of Plaintiff's Attorneys

*Gianna Scatchell, ESQ*
Disparti Law Group, P.A.
121 West Wacker, Suite 2300
Chicago, Illinois 60601
P: (312) 506-5511 ext. 330
E: gia@dispartlaw.com

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that he served the foregoing document on all counsel of record via this Court's CM/ECF filing system on October 18, 2021, and that such counsels are all registered e-filers.

    By:    */s/ Gianna Scatchell*