### UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

John A. Scatchell

         Plaintiff,

v.                     Case No.: 1:20−cv−01045
                        Honorable Steven C. Seeger

Villlage of Melrose Park, et al.

         Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 5, 2023:

  MINUTE entry before the Honorable Steven C. Seeger: On June 9, 2023, the Executive Committee of the Northern District of Illinois issued an order that "suspend[ed] Mr. Casper from the practice of law for one (1) year, effective April 11, 2023, and until further order of the Court with the suspension stayed after sixty (60) days by a two (2) year period of probation, subject to conditions." (Dckt. No. [89]) That discipline mirrored the discipline doled out by the Illinois Supreme Court. &quot;On March 21, 2023, the Illinois Supreme Court suspended Mr. Casper from the practice of law for one (1) year, effective April 11, 2023, and until further order of the Court with the suspension stayed after sixty (60) days by a two (2) year period of probation, subject to conditions." Id. This Court took note of the Order from the Executive Committee in this Court's Order dated June 20, 2023. Attorney Thomas later filed a motion for reconsideration. (Dckt. No. [91]) That motion is granted in part as follows. This Court was simply acknowledging the Orders from the Illinois Supreme Court and the Executive Committee. This Court did not purport to change any of the terms. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.