# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

John A. Scatchell

                Plaintiff,

v.                                    Case No.: 1:20−cv−01045

                                            Honorable Steven C. Seeger

Villlage of Melrose Park, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 7, 2023:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the corrected joint status report. (Dckt. No. [96]) On September 27, 2023, the Illinois Supreme Court denied Plaintiff's petition for leave to appeal. As requested by all parties, the stay is hereby lifted. A response to the complaint is due by December 7, 2023. A response to the anticipated motion to dismiss is due by January 8, 2024. The reply is due by January 23, 2024. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.