IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN SCATCHELL JR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 20-cv- 1045 |
| | ) |
| VILLAGE OF MELROSE PARK, ET AL. | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' JOINT MOTION TO DISMISS**

Plaintiff, through his attorney, submits his First Unopposed Motion for Extension of Time to file his Response in Opposition to Defendants' Joint Motion to Dismiss. This unopposed extension request is due to the departure of Plaintiff's counsel from Disparti Law Group. In support of thereof, Plaintiff states the following:

1. Plaintiff's counsel's last day at Disparti Law Group (the law firm has been Plaintiff's representation in this matter) was on December 22, 2023.

2. This matter will follow Plaintiff's counsel to her new firm.

3. Plaintiff's counsel began at her new firm on January 8, 2024, and is still in the process of setting up or updating her e-filing credentials.

4. Plaintiff's counsel has diligently been working with her former firm, colleagues, opposing counsels, and clients to properly transition the active client files and manage upcoming court deadlines including the undersigned matter.

1

5. Given the need to ensure that the Plaintiff's rights are not prejudiced by the Plaintiff's counsel's transition, additional time is requested to allow for proper analysis of the Defendants' Joint Motion to Dismiss.

6. Plaintiff's counsel has conferred with Defendants' counsel, and they have no objection to Plaintiff filing his Response by January 24, 2024, and Defendants filing their Reply by February 8, 2024 (consistent with the briefing schedule in Dkt. 97.

7. This is Plaintiff's first request for an extension of time.

8. No prejudice will occur to Defendants because of this extension.

9. This is Plaintiff's first request for an extension of time to respond to Defendants' Motion to Dismiss. It is not made for purposes of undue delay but is made in good faith

WHEREFORE, for the above and foregoing reasons, Plaintiff, John Scatchell Jr., respectfully requests this Honorable Court grant this Motion for Extension of Time to January 24, 2023 to file Plaintiff's Response in Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint.

Respectfully Submitted,

**PLAINTIFF**

By: s/ Gianna Scatchell Basile

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that she served the foregoing Plaintiff's Motion for Extension of Time to file Plaintiff's Response to Defendant's Motion to Dismiss Plaintiff's Complaint to all counsel-of-record via this Court's CM/ECF filing system on January 8, 2024, and that such counsels are registered efilers.

By: */s/ Gianna R. Scatchell, Esq.*

2