# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

John A. Scatchell
                              Plaintiff,

v.                                                               Case No.: 1:20−cv−01045
                                                                 Honorable Steven C. Seeger

Villlage of Melrose Park, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 9, 2024:

      MINUTE entry before the Honorable Steven C. Seeger: Plaintiff's motion for an extension of time (Dckt. No. [103]) is hereby granted. As proposed, the response is due by January 24, 2024, and the reply is due by February 8, 2024. Plaintiff';s counsel is joining a new firm. Counsel must file updated contact information when the time comes. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.