UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| John Scatchell, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:2020-cv-01045 |
| | ) | |
| v. | ) | Judge Steven C. Seeger |
| | ) | |
| Village of Melrose Park, et. al | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

NOW COMES, Plaintiff, JOHN SCATCHELL JR. ("Plaintiff" or "Plumtree") by and through his undersigned counsel, Gianna Scatchell Basile, Esq. and moves this Honorable Court for an extension of time to respond to Defendants' Motion to Dismiss up to and including February 2, 2024. This extension request is due to the reason outlined in Plaintiff's Counsel's sealed declaration filed on January 23, 2024. In support of thereof, Plaintiff states the following:

1. Plaintiff requested his first Motion for Extension of Time, which this court granted on January 9, 2024. Dkt. 104.

2. Plaintiff's counsel has had an ongoing medical matter since late December 2023, which caused Plaintiff's counsel's medical emergency on January 15, 2024, as articulated in her sealed declaration.

3. Given the need to ensure that the Plaintiff's rights are not prejudiced by the Plaintiff's counsel's transition and medical emergency, additional time is requested to properly analyze the Defendants' Joint Motion to Dismiss.

4. Defendants' counsels do not oppose this Motion.

5. This is Plaintiff's second request for an extension of time. It is not made for purposes of undue delay but is made in good faith.

6. No prejudice will occur to Defendants because of this extension.

WHEREFORE, for the above and foregoing reasons, Plaintiff, Byron Redmond respectfully requests this Honorable Court grant this Motion for Extension of Time to February 2, 2024 to file Plaintiff's Response in Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint and 14 days (February 16, 2024) thereafter for Defendants to file their Reply

Respectfully Submitted,

**PLAINTIFF**

By: s/ Gianna Scatchell Basile

_____

One of His Attorneys

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that she served the foregoing Plaintiff's Motion for Extension of Time to file Plaintiff's Response to Defendant's Motion to Dismiss Plaintiff's Complaint to all counsel-of-record via this Court's CM/ECF filing system on January 23, 2024, and that such counsels are registered efilers.

By: */s/ Gianna R. Scatchell, Esq.*