# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOHN A. SCATCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 20 CV 1045 |
| ) | |
| VILLAGE OF MELROSE PARK, an Illinois ) | Honorable Steven C. Seeger |
| Municipal Corporation, , RONALD SERPICO, ) | |
| SAM PITASSI, MICHAEL CASTELLAN, ) | |
| and PETER CAIRA, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO THE AMENDED COMPLAINT

NOW COME Defendants Village of Melrose Park, by its attorney Jeffrey Scott Fowler of Laner Muchin, Ltd.; Mayor Ronald Serpico, by his attorneys Austin Zimmer and Joseph Giambrone of Del Galdo Law Group, LLC; and Director of Police Sam C. Pitassi, Deputy Chief of Police Michael Castellan, and Ofc. Peter Caira, by their attorney, Michael D. Bersani of Hervas, Condon & Bersani, P.C., and respectfully request that this Honorable Court grant an extension of time for them to answer or otherwise plead to the Amended Complaint to March 22, 2024. In support of their Motion, Defendants state as follows:

1. This is an action by a former Melrose Park police officer who was discharged for misconduct and whose termination was upheld on administrative review and the decisions was affirmed by the Illinois Appellate Court. In this action, Plaintiff seeks to maintain Federal discrimination and retaliation claims relating to his termination and the surrounding circumstances.

2. On February 7, 2024, Plaintiff filed an Amended Complaint containing six counts and 155 paragraphs.

3. Two of the undersigned counsel for Defendants are actively involved in trial preparation and the third is engaged in other significant litigation matters, and the Defendants are therefore requesting an extension of time to March 22, 2024 to prepare and coordinate a single comprehensive response to the Amended Complaint.

4. On February 13, 2024, counsel for Plaintiff stated that she does not oppose the requested extension of time.

WHEREFORE, Defendants jointly request that this Honorable Court grant an extension of time for them to answer or otherwise plead to the Amended Complaint to March 22, 2024, and that the Court grant such further and additional relief as is just and proper.

Respectfully submitted,

**s/ Michael D. Bersani**
Michael D. Bersani, Atty. Bar No. 06200897
Hervas, Condon & Bersani, P.C.
333 Pierce Road, Suite 195
Itasca, Illinois 60143-3156
Phone: 630-773-4774; Fax: 630-773-4851
mbersani@hcbattorneys.com
*Attorney for Defendants Pitassi, Castellan & Caira*

1441 South Harlem Avenue
Berwyn, IL 60402
zimmer@dlglawgroup.com
*Attorneys for Ronald Serpico*

**s/Jeffrey Scott Fowler**
Jeffrey Scot Fowler (6205689)
Laner Muchin, Ltd.
515 North State Street, Suite 2800
Chicago, IL 60654-4688
(312) 467-9800
jfowler@lanermuchin.com
*Attorney for the Village of Melrose Park*

**s/K. Austin Zimmer**
K. Austin Zimmer
Joseph Giambrone
Del Galdo Law Group, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| JOHN A. SCATCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 20 CV 1045 |
| | ) | |
| VILLAGE OF MELROSE PARK, an Illinois Municipal Corporation, MELROSE PARK BD OF FIRE AND POLICE COMM'N, RONALD SERPICO, SAM PITASSI, MICHAEL CASTELLAN, PETER CAIRA, | ) ) ) ) ) ) | Honorable Steven C. Seeger |
| | ) | |
| Defendants. | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2024, I electronically filed the foregoing ***Unopposed Motion,*** with the Clerk of the U.S. District Court for the Northern District of Illinois using the CM/ECF system, which will send notice to:

**TO:** Gianna Scatchell Basile, Disparti Law Group, 121 W. Wacker Dr, Suite 2300, Chicago, Il 60601
gia@dispartilaw.com

Gianna Scatchell Basile, 121 W. Hubbard St., Suite 209, Chicago, IL 60622, gb@lawfirm.gs

Cass T. Casper, Esq., Disparti Law Group, 121 W. Wacker Dr, Suite 2300, Chicago, Il 60601; ccasper@dispartilaw.com

K. Austin Zimmer, DEL GALDO LAW GROUP, 141 South Harlem Avenue, Berwyn, IL 60402, 708-222-7000, zimmer@dlglawgroup.com

Michael D. Bersani, HERVAS, CONDON & BERSANI, P.C., 333 Pierce Road, Suite 195, Itasca, Illinois 60143-3156, mbersani@hcbattorneys.com

**s/ Jeffrey S. Fowler**
Jeffrey S. Fowler, Atty. Bar No. 06205689
*Attorney for Defendant Village of Melrose Park*